**Electronically Filed
Supreme Court
SCWC-20-0000481
24-FEB-2022
08:37 AM
Dkt. 12 OGAC**

SCWC-20-0000481

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JONATHAN S. VADEN,
Petitioner/Defendant-Appellant,

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000481; CASE NO. 2CPC-18-0000844)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Jonathan S. Vaden's application for writ of certiorari filed on January 13, 2022, is accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, February 24, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

